# EXHIBIT D



January 7, 2025

**VIA EMAIL ONLY**
Mr. Amani Reed
c/o Todd McKee
tmckee@tmckeelaw.com

Dear Amani,

The Board of Trustees ("Board") has voted to terminate your employment as the Director of Schools for Cause as defined in the Employment Agreement by and between University School of Nashville and Amani Reed ("Employment Agreement"). Specifically, the Board has determined that your course of conduct in response to the student complaint received on or about May 1, 2024, and matters related thereto constitutes Cause under multiple definitions set forth in Section 6(c) of the Employment Agreement, including, but not limited to:

- an action or inaction which had and likely will continue to have a material adverse effect on your ability to effectively perform your duties or on the financial prospects or condition of USN;
- neglect of duty and the business of USN;
- gross or willful negligence; and
- any conduct tending to reflect discredit upon USN, or upon the Director, or tending to seriously impair your continued usefulness as the chief administrative official of USN.

Your last day of employment was January 6, 2025 ("Termination Date"). You will be paid all salary you earned through the Termination Date as well as any Incentive Bonus you have accrued but not yet been paid, if any. You will receive information separately regarding the various employee benefits you received while employed, including any rights you may have to continue the benefits at your own cost.

Certain provisions of your Employment Agreement survive termination of employment, including but not limited to, Section 5 (Confidentiality and Other Matters) and Section 7 (Resolution of Disputes). Should you have any questions related to the information contained in this letter, please have your counsel contact Leslie Sanders at 615-340-6793.



Sincerely,

Eric Kopstain
President, Board of Trustees