# EXHIBIT E

# University School of Nashville

### Conflict of Interest Policy
*Approved by Board Action March 11, 2002*
*Revised March 29, 2010, May 14, 2012, September 15, 2023*

**Policy:**
University School of Nashville (the "School") understands, recognizes and respects the rights of its trustees, committee members, and employees to engage in activities outside their employment that are private in nature and which in no way conflict with or reflect upon the School. University School of Nashville Board of Trustees (the "Board"), administration, faculty, staff, and committee members have been carefully selected and the School trusts their honesty, integrity, and judgment. It is the policy of the School to maintain the highest standards of integrity in its governance and business operations and to avoid creating even the perception of unprofessional or unethical practices. Individuals may not use their positions to influence decisions for the personal advantage of themselves, family, or friends. Because it is not always possible to be completely free of potential conflicts of interest and in many cases conflicts may not be material in nature, communication and disclosure of potential conflicts is essential. This policy applies to all full-time, part-time, seasonal and temporary administration, staff and faculty of the School, and its Board and committee members.

**Prohibitions:**
1. Each member of the School's Board, administration, faculty, staff, and committees (an "Individual") must avoid incurring any kind of undisclosed financial or personal obligation that might reasonably be expected to affect the Individual's judgment in dealing with other parties on behalf of the School.

2. All staff and faculty positions at the School are based on individual merit, regardless of race, creed, color, religion, national origin, age, gender, citizenship, disability, sexual orientation, or marital status. While more than one family member may be employed at the School, it is the School's policy that one family member shall not be directly supervised by another family member. Exceptions to this policy may only occur for contracted services or temporary employment and must be approved in advance in writing by the School's Business Officer. As used herein, "family member" shall include, but not be limited to a spouse, child, step child, parent, sibling, domestic partner, grandparent, grandchild, father-in-law, or mother-in-law.

3. Special care should be exercised in the following areas:

a. Holding a financial interest (including stockholder, partner, joint venture, creditor, guarantor, or director) in a firm that provides services or supplies materials or equipment to the School, or that is in competition with the School, or to which the School provides services.

b. Accepting from a party gifts or favors for the Individual or for any member of the Individual's family, or entertainment or other personal obligations that are substantial enough to influence the Individual's selection of goods or services for the School. The foregoing is not intended to apply to acceptance of perishable or consumable gifts of nominal value (<$100), nor reasonable entertainment, but care must be exercised to be sure that continuation of such practice does not gradually grow into an obligation. Gifts of substantial nature that might cause or create such a conflict should be returned to the donor with the explanation that the School policy does not permit acceptance of such gifts.

c.  The use, misuse, or unauthorized disclosure of information to which the Individual has access by reason of the Individual's employment, service or relationship to the School, including disclosure of confidential information to competitors, entering into a part-time business or other activity in competition with the School, or publishing or otherwise disclosing information about the School in any form without prior written approval from (i) the Director, or (ii) for Board Individuals, the Executive Committee.  This restriction includes misuse or distribution of personal information, including mailing lists, related to the students, parents, applicants, trustees, administration, faculty or staff.

4.  Because conflicts of interest can put the School at risk legally and financially, and compromise the trust placed in its leaders, violations of these policies may result in disciplinary action with respect to the employee(s) involved, including in appropriate circumstances termination of the Individual's relationship with the School, together with cancellation of related contracts or financial agreements and the expense of such other rights as the School may have to seek compensation either from the Individual or any relevant third party for any losses, damages, costs, or expenses that it may have incurred as a result of such violation.

5.  No circumstances shall be deemed a violation if they are explicitly authorized in writing by the Director in advance of the activity.

**Reporting and Enforcement**

6.  If there is any appearance of conflict of interest, even though the conflict may not exist in actuality, the Individual should disclose the particular situation promptly in writing to the Director of the School prior to the completion of any School business transaction with respect to which such potential conflict of interest exists.  If the matter involves a member of the Board or a member of a Board committee (a "Board Individual"), the Director will in turn inform the Executive Committee of the Board (the "Executive Committee").  This policy includes the obligation to report a perceived or potential conflict of interest by any other Individual, including the Director. Any participant in a decision process that has a potential conflict of interest should disclose the potential conflict promptly.  The participant may be asked to recuse themselves from the applicable discussion or decision process.

7.  The Director is empowered and has authority to deal with conflict of interest issues involving Individuals other than Board Individuals.  If the Director believes that a conflict of interest exists or has occurred and a satisfactory solution cannot be reached, the Director may present the details of the situation to the Executive Committee.  If the Executive Committee believes that a conflict of interest exists or has occurred and a satisfactory solution cannot be reached, the Executive Committee may present the details of the situation to the Board.  The Board will determine whether a conflict of interest exists or has occurred.  In each instance, the Director, the Executive Committee or the Board, as applicable, will take such steps to protect the School as may be deemed required in its judgment.

8.  The Executive Committee is empowered and has authority to deal with conflict of interest issues involving Board Individuals or the Director.  If the Executive Committee believes that a conflict of interest exists or has occurred and a satisfactory solution cannot be reached, the Executive Committee may present the details of the situation to the Board.  The Board will determine whether a conflict of interest exists or has occurred.  In each instance, the Executive Committee or the Board, as applicable, will take such steps to protect the School as may be deemed required in its judgment, and consistent with applicable law.

9.  The Director shall review a copy of this policy annually and reveal any relevant disclosures required hereunder with respect to a potential conflict of interest on behalf of the Director to the Executive Committee.  The signed employee handbook document and disclosure document will be given to the President and will be retained on file with other Board materials in the Director's office.

10. Each employee shall review a copy of this policy annually and make any relevant disclosures at that time or at the time any potential conflict arises in the future. The signed employee handbook document and related conflict disclosure document will be given to the Director and will be retained on file in the Director's office.

11. All Board Individuals shall review a copy of this policy at the start of the term or reappointment and make any relevant disclosures at that time or at the time any potential conflict arises in the future. The signed policy statement and related conflict disclosure document will be given to the Director and will be retained on file in the Director's office.

12. The appropriate committee chair and the Executive Committee shall be granted access to review the disclosure statements of Board Individuals as deemed appropriate in order to protect the School's interest.

**Prohibition on Retaliation**

No reprisals or retaliation of any kind will be tolerated against any individual who in good faith makes a complaint about conduct or circumstances that violate this policy or who participates in an investigation related to the same.

**I have read and understand the University School of Nashville Conflict of Interest policy. I have and will continue to observe this policy carefully.**

*Disclosures - please email those to Natalie Sewell (nsewell@usn.org)*

**Signature Page:**

**Signature page**

**Signature Page:**